KISWOK INDUSTRIES PVT. LTD. and CALCUTTA FERROUS LTD., Plaintiffs, v. UNITED STATES, Defendant.

Consolidated Court No. 00–06–00280

## *JUDGMENT*

AQUILINO, Senior Judge: ORDERED, ADJUDGED and DECREED that the ITA's *Final Results of Redetermination on Remand* (July 9, 2004) be, and they hereby are, affirmed.